UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. v. Deon Orlando Boston               Docket No. 5:10-CR-8-1F

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deon Orlando Boston, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possession With Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 4, 2011, to the custody of the Bureau of Prisons for a term of 158 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On August 9, 2012, pursuant to the granting of the government's Rule 35 Motion, the defendant's sentence was amended to 118 months. Thereafter, on March 2, 2015, pursuant to the granting of Boston's motion under 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 94 months.

Boston was released from custody on March 7, 2016, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Urine specimens collected from the defendant on May 10, 2016, and June 14, 2016, were determined by the national laboratory to be positive for marijuana. On June 14, 2016, Boston signed a statement admitting that he used marijuana on approximately May 7, 2016, and June 1, 2016. As sanctions for the violations, we are respectfully recommending that the defendant be required to serve two days incarceration in the Bureau of Prisons and participate in the DROPS Program. Boston signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin at the Second Use level.

Deon Orlando Boston
Docket No. 5:10-CR-8-1F
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
U.S. Probation Officer
201 South Evans Street, Room 214
Greenville, NC 27858-1137
Phone: 252-830-2348
Executed On: July 6, 2016

### ORDER OF THE COURT

Considered and ordered this 6th day of July, 2016, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge