UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Deon Orlando Boston            Docket No. 5:10-CR-8-1F

**Petition for Action on Supervised Release**

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Deon Orlando Boston, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Cocaine Base (Crack) and a Quantity of Cocaine, in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 4, 2011, to the custody of the Bureau of Prisons for a term of 158 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On August 9, 2012, pursuant to the granting of the government's Rule 35 Motion, the defendant's sentence was amended to 118 months. Thereafter, on March 2, 2015, pursuant to the granting of Boston's motion under 18 U.S.C. § 3582(c)(2), the defendant's sentence was reduced to 94 months.

Deon Orlando Boston was released from custody on March 7, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 13, 2016, Boston submitted to urinalysis that resulted positive for marijuana. On October 27, 2016, the undersigned probation officer confronted the defendant regarding the violation. Boston signed an admission form indicating he used marijuana three weeks earlier.

As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include participation in a cognitive behavioral program.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Melissa K. Gonigam<br>Melissa K. Gonigam<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: (252) 830-2345<br>Executed On: November 3, 2016 |

Deon Orlando Boston
Docket No. 5:10-CR-8-1F
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ____4____ day of ___November___, 2016, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge